UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAWN FOENS,

    Plaintiff,

v.                                         CASE NO.: 8:14-cv-1246-T-23TBM

BANK OF AMERICA, et al.,

    Defendants.
_____/

## **ORDER**

Dawn Foens and Bank of America stipulate (Doc. 27) to "voluntary dismissal with prejudice as to Bank of America, only." In accord with the parties' stipulation, the claims against Bank of America are **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on December 23, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE